PEGGY MARIE FREDERIKSEN, APPELLEE, V. GARY
DEAN FREDERIKSEN, APPELLANT.
320 N.W.2d 455

Filed June 4, 1982.  No. 81-679.

L. William Kelly III, for appellant.

Cunningham, Blackburn, VonSeggern, Livingston, Francis & Riley, for appellee.

Heard before KRIVOSHA, C.J., BOSLAUGH, McCOWN, CLINTON, WHITE, HASTINGS, and CAPORALE, JJ.

PER CURIAM.

The instant appeal involves a domestic relations matter.

The court, having reviewed the record de novo as it is required to do, finds that the decree of the trial court should be affirmed.  Attorney fees are not allowed.

AFFIRMED.